846

No. 137, Misc. ROBINSON v. WASHINGTON. Supreme Court of Washington. Certiorari denied. Petitioner *pro se*. *James E. Kennedy* for respondent.

No. 139, Misc. DeROSE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 140, Misc. SNEBOLD v. SUPERIOR COURT OF SACRAMENTO COUNTY. Supreme Court of California. Certiorari denied.

No. 142, Misc. SEILER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 143, Misc. WADE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 144, Misc. DeSIMONE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Gerald W. Getty* and *James J. Doherty* for petitioner.

No. 154, Misc. HEINECKE v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *O. John Rogge* and *Josiah Lyman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.